# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **MICHAEL LYNN CARTER** | **JUDGMENT IN A CIVIL CASE** |
|     **PLAINTIFF,** | |
| **v.** | |
| **COMMISSIONER OF SOCIAL SECURITY,** | |
|     **DEFENDANT.** | **CASE NO: 14-1180-STA-cgc** |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Affirming The Decision Of The Commissioner entered on June 21, 2017, the decision of the Commissioner is AFFIRMED.

                                                **APPROVED:**

**s/ S. Thomas Anderson**
**UNITED STATES DISTRICT COURT**

**DATE: 6/21/2017**
                                                  **THOMAS M. GOULD**
                                                    **Clerk of Court**

                                                  **s/Maurice B. Bryson**
                                                   **(By)   Deputy Clerk**